A. Michael Weber
Samantha Beltre
LITTLER MENDELSON
A Professional Corporation
900 Third Avenue
New York, New York 10022
212.583.9600
mweber@littler.com
sbeltre@littler.com

Attorneys for Defendant
Noble Construction Group, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHAROD ELSHEIKH,

      Plaintiff,

  -against-

NOBLE CONSTRUCTION GROUP, L.L.C. and MIKE DOE,

      Defendant.

1:18-CV-02465 (PKC-JO)

**RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Noble Construction Group LLC hereby certifies, by and through its undersigned attorneys, that is has no parent corporation, and there is no publicly-held corporation or entity owning 10% or more of its stock.

Date:  June 1, 2018
       New York, New York

                                        */s/ Samantha Beltre*
A. Michael Weber
Samantha E. Beltre
LITTLER MENDELSON
A Professional Corporation
900 Third Avenue
New York, New York 10022.3298
212.583.9600

Attorneys for Defendant
Noble Construction Group, LLC

- 2 -